# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

J & J Sports Productions, Inc.,

                      Plaintiff,

                      Civ. No. 10-1952 (RHK/JJK)

v.

                      **ORDER**

Moises Cortes, individually and d/b/a Casa Vieja, and John Does I-V,

                      Defendants.

---

J & J Sports Productions, Inc.,

                      Plaintiff,

                      Civ. No. 10-2772 (RHK/JJK)

v.

                      **ORDER**

Martha Alicia Reynoso and Luis Alberto Rojas, individually and d/b/a La Perla Del Pacifico, La Perla Del Pacifico, Inc. d/b/a La Perla Del Pacifico, and John Does I-V,

                      Defendants.

---

J & J Sports Productions, Inc.,

                      Plaintiff,

                      Civ. No. 10-4802 (RHK/JJK)

v.

                      **ORDER**

Moises Cortes, individually and d/b/a Casa Vieja, and John Does I-V,

                      Defendants.

---

The Court previously entered default judgments in favor of Plaintiff J&J Sports Productions, Inc. ("J&J") in each of these cases.  Presently before the Court are J&J's Motions for an Award of Attorney Fees and Costs in each case.  No Defendant has responded to the Motions; fees and costs are recoverable under the statute in suit, see 47 U.S.C. § 605(e)(3)(B)(iii); and the requested fees (including the number of hours expended by J&J's counsel and his hourly rate) and costs are, in the Court's view, appropriate.  Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS ORDERED**:

1. In Civ. No. 10-1952, J&J's Motion (Doc. No. 27) is **GRANTED**, and J&J shall recover of Defendant Moises Cortes, individually and d/b/a Casa Vieja, the sum of $2,051.17, comprising $1,650 in attorney fees and $401.17 in costs;

2. In Civ. No. 10-2772, J&J's Motion (Doc. No. 24) is **GRANTED**, and J&J shall recover of Defendants Martha Alicia Reynoso and Luis Alberto Rojas, individually and d/b/a La Perla Del Pacifico, and Defendant La Perla Del Pacifico, Inc. d/b/a La Perla Del Pacifico, jointly and severally, the sum of $2,071.13, comprising $1,622.50 in attorney fees and $448.63 in costs; and

3. In Civ. No. 10-4802, J&J's Motion (Doc. No. 20) is **GRANTED**, and J&J shall recover of Defendant Moises Cortes, individually and d/b/a Casa Vieja, the sum of $2,008.69, comprising $1,567.50 in attorney fees and $441.19 in costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 31, 2012              s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge